# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEOFILO DEGUZMAN,<br><br>                Plaintiff,<br>vs.<br><br>F/V CAPE SAN LUCAS, et al.,<br><br>                Defendants. | CASE NO. 11cv2174 WMC<br><br>**ORDER VACATING MANDATORY SETTLEMENT CONFERENCE**<br><br>(Dkt. No. 18.) |

On September 25, 2012, this action was referred to the Hon. William McCurine, Jr. upon the consent of the parties. (Dkt. No. 16.) The undersigned is continuing to conduct settlement discussions between the parties, and scheduled a Mandatory Settlement Conference for November 29, 2012. (Dkt. No. 17.) The parties now move to continue the Conference, due to Plaintiff's ongoing medical treatment, and the fact that discovery in this action is not yet complete. (Dkt. No. 18.) For good cause shown, the request is **GRANTED**. The Mandatory Settlement Conference is hereby **VACATED** and will be rescheduled upon the issuance of a scheduling order by Judge McCurine.

///
///
///
///
///

Additionally, the parties "request that the Court issue an order asking the U.S. Embassy in the Philippines to issue a B-1 visa to Plaintiff" so that he can attend the Conference. The parties offer nothing to suggest that this Court has any authority to request that a consul issue a visa to a foreign national. Accordingly, this request is **DENIED**.

**IT IS SO ORDERED.**

DATED: November 26, 2012

Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court